## BAILEY v. BAILEY

No. 201P97

Case below: 125 N.C.App. 742

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

## BARBER v. MARTIN

No. 219P97

Case below: 125 N.C.App. 746

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

## BAYNOR v. COOK

No. 78P97

Case below: 125 N.C.App. 274

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

## BENCHMARK CAROLINA AGGREGATES v. MARTIN MARIETTA MATERIALS

No. 194P97

Case below: 125 N.C.App. 666

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

## BICKET v. McLEAN SECURITIES, INC.

No. 1P97

Case below: 124 N.C.App. 548

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.